UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00225-SEB-TAB |
| | ) | |
| LOGAN COUCH, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for December 3, 2021**

On this date, Defendant appeared in person, together with retained counsel John L. Tompkins, and the Government appeared by AUSA Kelsey Massa, together with the investigative agent, Aaron Carter, for a change of plea and sentencing hearing. Tara Olson appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Count 1 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Count 1 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

    Incarceration:   66 months
    Supervised Release: 3 years

        Fine:  $0.00
        Special Assessment: $100.00.

- The Defendant was advised of his right to appeal.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Kelsey Massa
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kelsey.massa@usdoj.gov

John L. Tompkins
BROWN TOMPKINS LORY & MASTRIAN
johnltom@mac.com