UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00225-SEB-TAB |
| | ) | |
| LOGAN COUCH, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**Order**

The defendant's motion for copies, dkt. [51], is **GRANTED** to the extent that the **clerk shall include** a copy of the docket, the plea agreement, and judgment, and a form motion for relief pursuant to 28 U.S.C. § 2255 with his copy of this Order. The motion is **DENIED** to the extent that the defendant seeks a copy of his sentencing transcript. The sentencing transcript does not exist at this time and will not be produced at public expense based on the defendant's mere request. A transcript can only be provided at public expense upon a determination by the Court that the transcript is needed to decide an issue presented in a non-frivolous proceeding pursuant to 28 U.S.C. § 2255, or in some other non-frivolous proceeding that presents a substantial question. *See* 28 U.S.C. § 753(f). These circumstances are not present at this time. If the defendant wishes to contact the Court Reporter and arrange for the payment of the transcript, he may do so. The Court Reporter can be contacted at:

Laura Howie-Walters
United States District Court
46 East Ohio Street, Room 217
Indianapolis, IN 46204
317-632-3422.

**IT IS SO ORDERED.**

Date: 7/20/2022

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Logan Couch
Reg. No. 17741-028
Canaan USP
PO Box 3000
Waymart, PA 18472